# ReedSmith

**Mark S. Goldstein**
Direct Phone: +1 212 549 0328
Email: mgoldstein@reedsmith.com


CHAMBERS OF
JUDGE ROBERT P. PATTERSON

MEMO ENDORSED

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

October 3, 2014

**VIA ELECTRONIC FILING**

Hon. Robert P. Patterson
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/6/14

Re: *Wentworth v. Siemens Medical Solutions USA, Inc., et al.*
14-cv-4683(RPP)

Dear Judge Patterson:

The parties to the above-referenced action jointly submit this letter to advise the Court that, as a result of the Court-ordered mediation held on October 2, 2014, they have reached an agreement in principle amicably resolving the instant action, and are now working to reduce the agreement to writing. Accordingly, the parties respectfully request that all dates and deadlines associated with the action, including the case management conference scheduled for October 9, 2014, be adjourned while the parties work diligently to finalize the agreement.

No previous requests for such relief have been made.

If you have any questions, do not hesitate to contact me at the telephone number or e-mail address listed above.

Respectfully submitted,

Mark S. Goldstein

*[Handwritten endorsement: App[lication] granted so ordered. [signature] 10/3/14]*

cc: Plaintiff's counsel (via electronic filing)

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C. ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦ HOUSTON
SINGAPORE ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ KAZAKHSTAN